FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NIKKILEE T.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO:  1:22-CV-3028-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

　　　BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 14.  Plaintiff Nikkilee T.[1] is represented by attorney D. James Tree.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Jeffrey R. McClain.

　　　After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.  Pursuant to the parties'

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

1  stipulation, the Commissioner's final decision is **reversed and remanded** for

2  further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand

3  to the Commissioner of Social Security, an Administrative Law Judge ("ALJ") shall

4  conduct a de novo hearing and issue a new decision.  *See* ECF No. 14-1 at 1–2.  The

5  ALJ will reevaluate, as necessary: the opinion evidence, including the opinion of

6  ARNP Dahl; Plaintiff's subjective symptom testimony; the Residual Functional

7  Capacity ("RFC") finding; and the step-five finding.

8  Upon proper presentation, this Court will consider Plaintiff's application for

9  costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

10  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary

11  Judgment, **ECF No. 11**, is **DENIED AS MOOT**.

12  **IT IS SO ORDERED.**  The District Court Clerk is directed to enter this

13  Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close**

14  **the file**.

15  **DATED** September 14, 2022.

16

17
　　　　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　　Senior United States District Judge

18

19

20

21

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2