AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Sep 14, 2022

SEAN F. McAVOY, CLERK

NIKKILEE T.

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY | ) |
| _Defendant_ | ) |

Civil Action No.   1:22-CV-3028-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❒  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:    The parties' Stipulated Motion for Remand (ECF No. 14) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED AS MOOT.
The Commissioner's final decision is reversed and remanded for further proceedings.
Judgment is entered in favor of Plaintiff.

This action was _(check one)_:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Sr. Judge  Rosanna Malouf Peterson _____  on stipulated motion for remand.

Date:  9/14/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Brian Molony
_____
_(By) Deputy Clerk_

Brian Molony
_____